**FILED**

OCT 2 - 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BRAUN,<br><br>      Plaintiff,<br><br>    v.<br><br>WOODLAND HEALTH CARE; MERCY HEALTHCARE SACRAMENTO; and MONICA CRISTER,<br><br>      Defendants.<br>_____/ | NO. CIV. S-00-1656 LKK/DAD<br><br>ORDER RE DISPOSAL DOCUMENTS AFTER <u>NOTIFICATION OF SETTLEMENT</u> |

    Counsel for plaintiff has informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4       IT IS SO ORDERED.
5       DATED:  September 28, 2000.

                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
October 2, 2000

* * CERTIFICATE OF SERVICE * *

2:00-cv-01656

Braun

v.

Woodland Healthcare

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 2, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Noreen Beimer Mazelis      SJ/LKK
    Noreen B Mazelis Attorney at Law
    911 Radcliffe Drive
    Davis, CA   95616

*VAC SC 11/13/00*

                                                      Jack L. Wagner, Clerk

                                    BY:  _____
                                                    Deputy Clerk